IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JAMES ALLEN ALMORE; ET AL**                                                              **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 2:16-cv-46-WHB-JCG**

**JOHN M. O'QUINN & ASSOCIATES PLLC, ET AL.**               **DEFENDANTS**

### ORDER

In accordance with the prior Order of the Court whereby Plaintiffs' claims against Defendant, Abel Manji were dismissed with prejudice pursuant to Rule 41(a)(1)(A)(1) of the Federal Rule of Civil Procedure, <u>see</u> Order [Docket No. 67], and with the settlement subsequently announced by the parties:

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Dismiss Defendant Abel Manji [Docket No. 68] is hereby dismissed as moot.

IT IS FURTHER ORDERED that the Motion of Defendant, Danziger & De Llano, LLP, to Dismiss [Docket No. 66] is hereby dismissed as moot.

SO ORDERED this the 22nd day of August, 2017.

                                                 <u>s/ William H. Barbour, Jr.</u>
                                                 UNITED STATES DISTRICT JUDGE